UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

ASSOCIATED ELECTRIC COOPERATIVE, )
INC., )
           )
           Plaintiff, )
           )
           vs. )       Case No. 1:25-CV-00050-ACL
           )
INTERNATIONAL BROTHERHOOD OF )
ELECTRICAL WORKERS, LOCAL NO. 53, )
           )
           Defendant. )

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be and it is entered in favor of Defendant and against Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Arbitrator's Opinion and Award is **confirmed**.   Plaintiff is hereby directed to comply with the Opinion and Award forthwith.

Dated this 4th day of June, 2026.

               /s/ *Abbie Crites-Leoni*
               ABBIE CRITES-LEONI
               UNITED STATES MAGISTRATE JUDGE