US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**                                                          **USCA#:**

Associated Electric Cooperative, Inc. v. International Brotherhood of Electrical Workers, Local No. 53

**Case Number:**

1:25-CV-00050-ACL

**Plaintiff:**                                              **Defendant:**

ASSOCIATED ELECTRIC COOPERATIVE, INC.          INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 53, et al.

**Attorney:**                                              **Attorney:**

Rick E. Temple (for pla)                          Michael E. Amash (for dft)
1358 E. Kingsley Street                           Cloverleaf Office Park
Suite D                                           6803 W. 64th Street, Suite 300
Springfield, MO  65804                            Overland Park, KS  66202
Ph:  417-877-8988   Fax:  417-877-8989            Ph:  913-321-8884   Fax:  913-321-2396
Email:  templeesq@sbcglobal.net                   Email:  mea@blake-uhlig.com

**Court Reporter(s):**                             Please return files and documents to:

                                                  Clerk for Eastern District of Missouri

                                                  Person to contact about the appeal:

                                                  Christy Hency at 573-331-8803

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | $605.00 | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No     Where:

**Please list all other defendants in this case if there were multiple defendants:**